**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLAUDINE L. TRIGLIA,

                Plaintiff,

-against-

PEPSICO, INC., PEPSICO PENSION MANAGEMENT
SERVICES LTD., PEPSI-COLA BOTTLING
COMPANY OF NEW YORK, INC.

                Defendants.
-----------------------------------------------------------X

Civil Act No.:
07-CIV-6905 (WCC)
ECF CASE
U.S. District Judge
William C. Conner/
U.S. Magistrate Judge
George A. Yanthis

### STIPULATION EXTENDING TIME TO ANSWER, MOVE, ETC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the above-entitled action, that the time in which the defendant, PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC., is to answer, move or otherwise appear in this action is hereby extended to and including November 2, 2007.

Dated:    New York, New York
          August 27, 2007

_____
Robert J. Hilpert (RJH-7076)
The Hilpert Law Offices
Attorney for Plaintiff
75 South Riverside Avenue
Croton-on-Hudson, New York 10520
Tel. No. (914) 271-2100

_____
Christopher P. Di Giulio (CPDG-5548)
The Law Offices of
Christopher P. Di Giulio, P.C.
Attorneys for defendant
PEPSI-COLA BOTTLING
COMPANY OF NEW YORK, INC.,
111 John Street, Suite 1615
New York, New York 10038
Tel. (212) 514-7800

So Ordered:    Dated: August 29, 2007
_William C. Conner_    White Plains, NY
~~Hon. George A. Yanthis~~
~~U.S. Magistrate Judge~~

Hon William C. Conner
Sen[ior] [Judge]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD for Pl
+ MAILED TO DEFT PEPSI BOTTLING COUNSEL