12:23   From-Luboja & Thau LLP        2122520457        T-600  P.003/005  F-113

# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CLAUDINE L. TRIGLIA,

                *Plaintiff*,

   -against-

PEPSICO, INC., PEPSICO PENSION
MANAGEMENT SERVICES, LTD. and
PEPSI-COLA BOTTLING COMPANY
OF NEW YORK, INC.,

                *Respondents*.

------------------------------------------------------x

Civil Action No:
07-cv-6905-WCC
ECF CASE
**STIPULATION** TO EXTEND TIME TO RESPOND AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.   The time for Defendants PepsiCo., Inc. ("PepsiCo.") and PepsiCo Pension Management Services, Ltd. ("PPMS") (collectively, "Pepsi"), to respond to plaintiff's complaint shall be extended from October 1, 2007 to October 22, 2007.

2.   This stipulation is without prejudice to the claims and defenses of the respective parties.

3.   This Stipulation may be executed in counterparts and facsimile signatures shall be valid and binding.

4.   This Stipulation may be filed by counsel for any party without further notice.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for all △s
+ EMAILED TO π's COUNSEL

| | |
|---|---|
| Dated: Croton-on-Hudson, New York<br>September ___, 2007<br>~~October 1~~ | Dated: New York, New York<br>September 26, 2007 |
| THE HILPERT LAW OFFICES | LUBOJA & THAU, LLP |
| By: _____<br>Steven Felsenfeld, Esq.<br>Attorneys for Plaintiff<br>75 South Riverside Avenue<br>Croton-on-Hudson, New York 10520<br>(914) 271-2100 | By: _____<br>David A. Stein, Esq. (DS-1631)<br>Attorneys for Defendants PepsiCo, Inc.<br>and PepsiCo Pension Management<br>Services, Ltd.<br>10 East 40th Street<br>New York, New York 10016<br>(212) 779-9800 |

So ORDERED:

_____
William C. Conner,
Sr. U.S.D.J.

dated: White Plains, NY
Oct. 24, 2007