OCT-25-2007 15:05    From:914 271 2141    Page:1/1

SENT BY: THE LAW OFFICES OF C.P.DIGIULIO; 212 514 7838    ; OCT-25-07  3:07PM;    PAGE 2/2

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CLAUDINE L. TRIGLIA,

                                    Plaintiff,

                    -against-

PEPSICO, INC., PEPSICO PENSION MANAGEMENT
SERVICES LTD., PEPSI-COLA BOTTLING
COMPANY OF NEW YORK, INC.

                                    Defendants.
----------------------------------------------------------X

Civil Act No.:
07-CIV-6905 (WCC)
ECF CASE
U.S. District Judge
William C. Conner/
U.S. Magistrate Judge
George A. Yanthis

## STIPULATION EXTENDING TIME TO ANSWER, MOVE, ETC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the above-entitled action, that the time in which the defendant, PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC., is to answer, move or otherwise appear in this action is hereby extended to and including December 3, 2007.

Dated:          New York, New York
                October 25, 2007

_____
Robert J. Hilpert (RJH-7076)
The Hilpert Law Offices
Attorney for Plaintiff
75 South Riverside Avenue
Croton-on-Hudson, New York 10520
Tel. No. (914) 271-2100

_____
Christopher P. Di Giulio (CPDG-5548)
The Law Offices of
Christopher P. Di Giulio, P.C.
Attorneys for defendant
PEPSI-COLA BOTTLING
COMPANY OF NEW YORK, INC.,
111 John Street, Suite 1615
New York, New York 10038
Tel. (212) 514-7800

So Ordered.   Dated: White Plains, NY
              Oct. 26, 2007

_____
William C. Conner
Hon. William C. Connor
Senior U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for TI
+ MAILED TO As' COUNSEL