UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLAUDINE L. TRIGLIA,

                    Plaintiff,

                    Civil Action No.:
                    07-CV-6905  (WCC/GAY)

v.

**CERTIFICATE OF SERVICE**

PEPSICO, INC., PEPSICO PENSION MANAGEMENT
SERVICES, LTD., and PEPSI-COLA BOTTLING
COMPANY OF NEW YORK, INC.,

                    Defendants.
------------------------------------------------------------------X

I HEREBY CERTIFY that on October 30, 2007, I electronically filed the Reply to the Counterclaims of PEPSICO, INC. and PEPSICO PENSION MANAGEMENT SERVICES, LTD. with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing, and further, served upon all defendants, a copy thereof via first class mail, under the exclusive care and custody of the United States Postal Service, postage pre-paid, upon their counsel at their last known addresses, as follows:

      David A. Stein, Esq.
      LUBOJA & THAU, LLP
      [Attorneys for Defendants PepsiCo., Inc. and PepsiCo Pension Mgm't Svc's, Inc.]
      10 East 40th Street, 30th Floor
      New York, NY  10016

THE LAW OFFICES OF CHRISTOPER P. DI GIULIO, P.C.
[Attorneys for Defendant Pepsi Cola Bottling Co. of N.Y., Inc.]
111 John Street, Suite 1615
New York, NY 10038


Dated: Croton-on-Hudson, New York
      October 30, 2007

                                      Respectfully submitted,

                                      THE HILPERT LAW OFFICES

                                      By: Steven Felsenfeld (SF-2014)
                                      Attorneys' for Plaintiff
                                      75 South Riverside Avenue
                                      Croton-on-Hudson, New York 10520
                                      (914) 271-2100