UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| CLAUDINE L. TRIGLIA, | 07 Civ. 6905 (WCC) |
| | ECF CASE |
| Plaintiff, | |
| - against - | **ORDER** FOR PARTIAL DISMISSAL |
| PEPSICO, INC., et. al. | |
| Defendants. | |

----------------------------------------X

**CONNER, Senior D.J.**:

It is hereby ORDERED that defendant Pepsi-Cola Bottling Company of New York, Inc. is dismissed from the case, subject to reinstatement upon a proper showing that defendant Pepsi-Cola Bottling Company of New York, Inc. was responsible for a failure to give plaintiff proper notice of benefits to which she was entitled.

SO ORDERED

Dated: White Plains, New York
       November 30, 2007

　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD + MAILED TO Δ PEPSI-COLA COUNSEL