UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLAUDINE L. TRIGLIA,

                    Plaintiff,

    v.

PEPSICO, INC., PEPSICO PENSION MANAGEMENT
SERVICES, LTD., and PEPSI-COLA BOTTLING
COMPANY OF NEW YORK, INC.,

                    Defendants.
------------------------------------------------------------------X

Civil Action No.:
07-CV-6905 (WCC)

ECF CASE

STIPULATION & ORDER

ORIGINAL

It is HEREBY STIPULATED AND AGREED by and between the attorneys for the parties herein that the following discovery schedule should apply by and between the parties:

| Date | Event |
|---|---|
| January 11, 2008 | Rule 26(a)(1) Disclosures to be Mailed |
| January 18, 2008 | First Set of Document/Interrogatory Demands to Be Mailed |
| February 22, 2008 | Responses Mailed to First Set of Document/Interrogatory Demands |
| April 9-11, 2008 | Depositions |
| June 13, 2008 | End Discovery/Court Conference (9:45 a.m.) |

Dated: December 5, 2007

THE HILPERT LAW OFFICES

By: _____
    Robert J. Hilpert (RJH-7076)
75 South Riverside Avenue
Croton-on-Hudson, NY 10520
(914) 271-2100
Attorneys' for Plaintiff

LUBOJA & THAU, LLP

By: _____
    David A. Stein (DS-1631)
10 East 40th Street
New York, NY 10016
(212) 779-9800
Attorneys' for Defendants
PEPSICO, INC. and PEPSICO PENSION
MANAGEMENT SERVICES, LTD.

SO ORDERED. Dated: Dec. 19, 2007

_____
WILLIAM C. CONNER,
Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

E-
COPIES MAILED TO COUNSEL OF RECORD