UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CLAUDINE L. TRIGLIA,

                     *Plaintiff*,

      -against-

PEPSICO, INC., PEPSICO PENSION
MANAGEMENT SERVICES, LTD. and
PEPSI-COLA BOTTLING COMPANY
OF NEW YORK, INC.,

                     *Defendants.*
------------------------------------------------------x

Civil Action No:
07-cv-6905 -WCC

**STIPULATION AND**
**ORDER OF DISMISSAL**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties hereto, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the above-captioned action, the action be, and hereby is, discontinued with prejudice, and without costs to any party as against the other.

Dated: New York, New York
       March 31, 2008

**LUBOJA & THAU, LLP**

By: _____
   David A. Stein, Esq. (DS-1631)
Attorneys for Defendants PepsiCo, Inc.
  and PepsiCo Pension Mgmt., Ltd.
10 East 40th Street, 30th Floor
New York, New York 10016
(212) 779-9800

SO ORDERED: 4/14/08

_____
William C. Conner,
    U.S.D.J.

**THE HILPERT LAW OFFICE**

By: _____
Steven Felsenfeld, Esq. (SF-2014)
Attorneys for Plaintiff
   Claudia L. Triglia
75 South Riverside Avenue
Croton-on-Hudson, NY 10520
(914) 271-2100

COPIES MAILED TO CHAMBERS OF RECORD